# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONALD PICKETT

VERSUS

M. SERGEANT TEDRICK KNOX AND
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS LOUISIANA STATE
PENITENTIARY

NO.   2024 CW 0040

**MARCH 13, 2024**

---

In Re:      Donald Pickett, applying for supervisory writs, 20th
            Judicial District Court, Parish of West Feliciana, No.
            24188.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT GRANTED WITH ORDER.**  The district court's December 18,
2023 judgment, which granted the exception of prematurity filed
by defendants and ordered that "this case is hereby dismissed,
without prejudice," is a final, appealable judgment pursuant to
Louisiana Code of Civil Procedure article 1915(A)(1).  Therefore,
the writ is granted for the limited purpose of remanding this
matter to the district court with instructions to grant an
appeal to plaintiff, Donald Pickett, pursuant to the pleading
that notified the district court of plaintiff's intention to
seek writs.  See **In re Howard**, 541 So.2d 195, 197 (La. 1989)
(*per curiam*). In the event plaintiff, Donald Pickett, seeks to
appeal the district court's judgment, plaintiff shall submit an
order for appeal to the district court on or before thirty days
from the date of this court's order.  Additionally, a copy of
this court's order is to be included in the appellate record.

                         **JMG**
                         **WRC**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT